AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Jordan C. McCLENDON<br><br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 2:20-mj-162 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 5, 2020__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Robbery Affecting Interstate Commerce |
| 18 U.S.C. § 924(c)(1)(A) | Brandishing of a Firearm in Furtherance of a Violent Crime |
| 18 U.S.C. § 922(u) & 924(m) | Theft of Firearm from Federal Firearms Licensee |
| ~~18 U.S.C. § 922(g)~~ | ~~Felon in Possession of a Firearm~~ *JP* |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Teresa J. Petit, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __7-6-20__

_____
*Judge's signature*

City and state: __Columbus, OH__    Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

I, Teresa Petit, being duly sworn, depose and state that:

I have been a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), since May of 2014. I am a graduate of the ATF National Academy Special Agent Basic Training Program and the Federal Law Enforcement Training Center, Criminal Investigator Training Program. As a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws pertaining to firearms violations. As a Special Agent, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. This affidavit is made in support of a criminal complaint against Jordan McCLENDON (DOB: 09/19/1999) for: the theft of a firearm and/or ammunition from a Federal Firearms Licensee, in violation of Title 18, United States Code, Section 922(u) and 924(m); interference with commerce by threats or violence in violation of Title 18, United States Code, Section 1951(a); and the use of and carry of a firearm during and relation to a crime of violence, in violation of Title 18 United States Code, Section 924(c)(1)(A). The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, my review of related documents and other sources of information relative to firearms investigations, and witness information. This affidavit is intended to set forth probable cause in support of the requested criminal complaint and does not purport to set forth all of my knowledge regarding this investigation. To date, your affiant respectfully contends that the investigation has demonstrated the following:

2. On March 5, 2020, an individual later identified as Donte PEOPLES drove a motor vehicle, more specifically a black Chevrolet Impala with significant and distinctive front-end and other body damage, to Lev's Pawn Shop, located at 2600 Morse Road, Columbus, OH. PEOPLES was accompanied in the vehicle and into Lev's Pawn Shop by an individual later identified as Demetrius E. BRAXTON. Also, in the area nearby to the robbery was an individual subsequently identified as Jordan C. McCLENDON acting as a look out for both PEOPLES and BRAXTON.

3. BRAXTON and PEOPLES entered Lev's Pawn Shop wearing masks, gloves, and plastic bags over their feet. While inside Lev's Pawn Shop, security footage and eyewitness statements demonstrate the following: BRAXTON and PEOPLES brandished firearms and ordered employees to comply with their orders. PEOPLES provided a hard sided suitcase to one of the employees and ordered the employee to fill the suitcase with the firearms from the display case. BRAXTON ordered an employee to open the cash register and remove all of the U.S. Currency from the drawer. In addition, BRAXTON and PEOPLES ordered an employee to remove jewelry from another display case, also putting it into the suitcase. The employee(s) inside followed these orders, and loaded the suitcase with firearms, U.S. Currency, and jewelry. Before leaving the store, BRAXTON told the employees he would return and kill them if they called the police. BRAXTON and PEOPLES exited the store with the suitcase, entered the vehicle in the parking lot and fled the area.

4. Your affiant verified through ATF that Lev's Pawn Shop is a Federally Firearms Licensee (FFL). The firearms stolen from Lev's Pawn Shop were official inventory of the FFL. Lev's Pawn Shop was established in Columbus, OH in 1980, and has expanded into Indiana and Florida. Lev's provides pawn services and fast cash loans. The items they pawn and sell, such as designer jewelry and handbags, electronics, automobiles, motorcycles, boats and trailers, and most of the firearms in their inventory, are manufactured across the United States and internationally, and are shipped across the United States and internationally to their store locations for sale. Lev's also accepts payment from credit cards that are processed across a secure internet connection to banks across the country.

5. Continuing on March 5, 2020, the description of the black Chevrolet Impala with significant and distinctive front-end and other body damage was transmitted to law enforcement officers in the surrounding area via radio transmission. Lt. Tammy Phillips, of the Mifflin Township, Ohio Police Department, was familiar with a vehicle matching the description and the residence of the registered owner. Lt. Phillips located the vehicle parked in the driveway of 2565 Ferris Park Drive S., Columbus, OH 43224. A comparison of the vehicle in the driveway to the one observed on the surveillance video from Lev's Pawn Shop, confirmed to be the same vehicle.

6. Plain clothes officers from the Columbus Division of Police (CPD) observed numerous individuals exit the residence located at 2565 Ferris Park Drive S., Columbus, OH 43224, and those individuals were observed around the aforementioned black Chevrolet Impala. BRAXTON looked down the street, communicated to PEOPLES and McCLENDON at which time all three individuals ran to the rear of the residence. McCLENDON jumped the fence, PEOPLES began to jump the fence but did not clear the fence to the other side before returning to the rear of 2565 Ferris Park Drive S. McCLENDON then jumped the fence again returning to the rear yard of 2565 Ferris Park Drive S. BRAXTON, PEOPLES and McCLENDON all returned to the front of the residence started to run away from the residence and were detained by officers in the front yard/driveway area of 2565 Ferris Park Drive S., Columbus, OH.

7. On March 5, 2020, a search warrant, authorized by Franklin County Municipal Court Judge Jessica D'Varga, was executed at the residence of 2565 Ferris Park Drive S., Columbus, OH, 43224. Investigators recovered multiple firearms suspected as, and later confirmed as, stolen from Lev's Pawn Shop, jewelry with Lev's Pawn Shop barring sales tags, display trays described as stolen from Lev's Pawn Shop, and other associated evidence. Inside the black Chevrolet Impala parked on the property, investigators recovered the masks that the security footage confirms were worn by BRAXTON and PEOPLES, as well as jewelry barring sales tags, and other associated evidence. Just over the rear fence of 2565 Ferris Park Drive S., Columbus, OH, 43224, on a different property, investigators saw a hard sided suitcase matching the suitcase used in the robbery; law enforcement obtained consent from the occupants of the property to obtain the suitcase in the yard. The suitcase contained jewelry barring sales tags, and approximately twenty (21) firearms stolen from the FFL inventory from Lev's Pawn Shop. The firearms recovered from the suitcase were subsequently matched to the firearms stolen from Lev's Pawn Shop.

8. In my training and experience, it is common for individuals who are prohibited from purchasing or possessing a firearm to obtain firearms by other means due to their inability to complete retail transactions to acquire firearms. Prohibited individuals will commonly obtain firearms through straw purchasers, thefts, or other means. A "straw" purchase is described as the acquisition of a firearm from a dealer by an individual (the "straw"), done for the purpose of concealing the identity of the true intended receiver of the firearm. A stolen firearm would have the same ability to conceal the possessor if recovered by police.

9. On March 6, 2020, ATF Special Agent Jason Burns determined based on the description of firearms stolen from Lev's Pawn Shop that the stolen firearm(s) were not manufactured in the State of Ohio and would have traveled in interstate and/or foreign commerce to arrive in Ohio.

10. Based upon the information contained in this affidavit and your affiant's training and experience, your affiant respectfully submits that there is probable cause to believe that on or about March 5, 2020, Jordan McCLENDON committed the following violations of federal law: theft of a firearm and/or ammunition from a Federal Firearms Licensee, in violation of Title 18, United States Code, Section 922(u) and 924(m); interference with commerce by threats or violence in violation of Title 18, United States Code, Section 1951(a); and the use of and carry of a firearm during and relation to a crime of violence, in violation of Title 18 United States Code, Section 924(c)(1)(A).

Respectfully submitted,

*Teresa Petit*
Teresa Petit
ATF Special Agent

Sworn to before me and signed in my presence.

_____
Honorable Chelsea M. Vascura
United States Magistrate Judge

3-6-20
Date