IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff, | : | Case No. 2:20-cr-058 |
| | : | JUDGE EDMUND A. SARGUS, JR. |
| v. | : | |
| JORDAN C. MCCLENDON, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

On January 11, 2021, the Court entered a Preliminary Order of Forfeiture (Doc. 51) in this case ordering Defendant Jordan C. McClendon to forfeit the following subject property to the United States:

| | DESCRIPTION | SERIAL NO. |
|---|---|---|
| a. | HS Products manufactured, model XD 9, 9mm caliber, semi-automatic pistol | US966569 |
| b. | NEF manufactured, model R73, .32 caliber, revolver | NF022260 |
| c. | Israel Weapon manufactured, model Desert Eagle, .40 caliber, semi-automatic pistol | 107872 |
| d. | Kel-Tec manufactured, model P3AT, .380 caliber, semi-automatic pistol | L3C69 |
| e. | Smith & Wesson manufactured, model 59, 9mm caliber, semi-automatic pistol | A541924 |
| f. | Jimenez Arms manufactured, model J.A. Nine, 9mm caliber, semi-automatic pistol | 411827 |
| g. | Ruger manufactured, model SR40, .40 caliber, semi-automatic pistol | 342-60253 |
| h. | Charles Daly manufactured, model 1911, .45 caliber, semi-automatic pistol | CD010116 |

| DESCRIPTION | SERIAL NO. |
|---|---|
| i. Taurus International manufactured, model PT709 Slim, .380 caliber, semi-automatic pistol | TJP80822 |
| j. Ruger manufactured, model P95, 9mm caliber, semi-automatic pistol | 317-06069 |
| k. Beretta manufactured, model U22 Neos, .22 caliber, semi-automatic pistol | T67602 |
| l. HS Products manufactured, model XD9, 9mm caliber, semi-automatic pistol | GM754292 |
| m. Smith & Wesson manufactured, model M&P 40 Pro Series, .40 caliber, semi-automatic pistol | HRZ6013 |
| n. Smith & Wesson manufactured, model M&P 9 Shield, 9mm caliber, semi-automatic pistol | HRY3121 |
| o. Smith & Wesson manufactured, model M&P 40 Shield, .40 caliber, semi-automatic pistol | LFB6112 |
| p. Smith & Wesson manufactured, model 38, .38 caliber, revolver | 48528 |
| q. Taurus International manufactured, model PT111 G2, 9mm caliber, semi-automatic pistol | TKP17451 |
| r. Ruger manufactured, model LC9, 9mm caliber, semi-automatic pistol | 325-83108 |
| s. Smith & Wesson manufactured, model 915, 9mm caliber, semi-automatic pistol | TZT0626 |
| t. Smith & Wesson manufactured, model M&P 40, .40 caliber, semi-automatic pistol | HLA8399 |
| u. Smith & Wesson manufactured, model Bodyguard, .380 caliber, semi-automatic pistol | KCS7960 |
| v. Taurus International manufactured, model PT738 TCP, .380 caliber, semi-automatic pistol | 17357A |

| DESCRIPTION | SERIAL NO. |
|---|---|
| w. Sig-Sauer manufactured, model P290RS, .380 caliber, semi-automatic pistol | 26C052344 |
| x. Glock manufactured, model 42, .380 caliber, semi-automatic pistol | AASE172 |
| y. Smith & Wesson manufactured, model Bodyguard, .380 caliber, semi-automatic pistol | ECE7713 |
| z. All associated ammunition | N/A |

The United States, having notified the Court that the Bureau of Alcohol, Tobacco, Firearms, and Explosives is able to address the forfeiture and/or disposal of this property without judicial forfeiture action or ancillary forfeiture hearings, has moved the Court to dismiss the Preliminary Order of Forfeiture. (*See* Doc. 55.)

Based upon the United States' motion, and for good cause shown, the Preliminary Order of Forfeiture entered on January 11, 2021, at Document 51 is hereby dismissed.

**ORDERED** this 4th day of March, 2021

    s/Edmund A. Sargus, Jr.
HONORABLE EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE